**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ISMAIL N. SMITH,**

                **Plaintiff,**

       **v.**                                           **9:08-CV-1364**

**COMMISSIONER GOORD; C.O. MATRESE,**
**Correctional Officer, Coxsackie Correctional**
**Facility; RANZE, Coxsackie Correctional**
**Facility; BOGARDUS, Correctional Officer,**
**Coxsackie Correctional Facility; MICHAUD,**
**Correctional Officer, Coxsackie Correctional**
**Facility; NOETH, Coxsackie Correctional**
**Facility; JOHN DOE, Keeplock C.O., Coxsackie**
**Correctional Facility, from F-2 on 9/12/07; SPERRY,**
**Nurse, Coxsackie Correctional Facility; JOHN DOE,**
**Physical Therapist from 8/7/08, Coxsackie**
**Correctional Facility; JOHN DOE, Deputy**
**Commissioner of Programs, DOCS; JOHN DOE,**
**Deputy Commissioner of Facilities; MURZDA,**
**Correctional Officer, Coxsackie Correctional**
**Facility; McDERMOT, Lt., Coxsackie Correctional**
**Facility; RIVERA, Superintendent, Coxsackie**
**Correctional Facility; MONTUSELLO,[1] Deputy**
**Superintendent of Security; A. MTAMBU, Nurse**

                **Defendants.**
_____

**APPEARANCES:**                              **OF COUNSEL:**

ISMAIL N. SMITH
781 E. 135 St.
Bronx, NY 10454
Plaintiff, *pro se*

---

[1]The correct spelling of Defendant Montusello's name appears to be "Martuscello."  *See* Dkt. No. 48, Acknowledgment of Serv., dated Aug. 4, 2009.  We shall refer to him using the correct spelling of his name.

| | |
|---|---|
| HON. ANDREW M. CUOMO | AARON M. BALDWIN, ESQ. |
| Attorney General for the State of New York | Assistant Attorney General |
| The Capitol | |
| Albany, NY 12224 | |
| Attorney for Defendants | |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph E. Treece, duly filed on the 9th day of August 2010. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: August 30, 2010
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge